APPEAL NO. 73-146. RHODE ISLAND OPHTHALMOLOGICAL SOCIETY *et al. v.* JOSEPH E. CANNON *et al.* Motion of intervenors for leave to file second supplemental memorandum is granted. Roberts, C. J. not participating. *Milton Stanzler, Frank Licht,* for Intervenors. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for defendants.

APPEAL NOS. 1887, 73-167. ARAM K. BERBERIAN *v.* ARCHIE SMITH. ARAM K. BERBERIAN *v.* NEW ENGLAND TELEPHONE & TELEGRAPH CO. Motion of Rhode Island Bar Association for leave to file a brief as amicus curiae granted, and it is allowed 30 days from date of order in which to submit its brief. Roberts, C. J. not participating. *Aram K. Berberian,* appellant, pro se. *John H. Hines, Jr.,* for Archie Smith; *Tillinghast, Collins & Graham, Victor J. Orsinger II,* for New England Telephone & Telegraph Co.; *Louis Baruch Rubinstein,* for Rhode Island Bar Association, amicus curiae.

## February 8, 1974.

C. A. No. 1971. STATE *v.* ALFRED REO *et al.* Matter came on to be heard on a Show Cause Order issued January 15, 1974 as to why appeal should not be dsmissed for lack of prosecution. At hearing, attorney for defendants stated he had no objection to dismissal of the appeal. Appeal is dismissed for lack of prosecution. *Richard J. Israel,* Attorney *General,* for plaintiff. *Francis A. Manzi,* for defendants.